LOUIS H. GEIN, Respondent, *v.* WILLIAM McCARTY LITTLE,
Appellant, Impleaded with Another.

*Gein* v. *Little*, 102 App. Div. 614, appeal dismissed.
(Argued October 1, 1906; decided October 9, 1906.)

MOTION to dismiss an appeal from a judgment of the Appel-
late Division of the Supreme Court in the first judicial depart-
ment, entered February 17, 1905, affirming a judgment in
favor of plaintiff entered upon a decision of the court at a
Trial Term without a jury.

The motion was made upon the ground that the judgment
was not appealable to the Court of Appeals, the action being
upon an individual bond, the judgment of the Appellate Divi-
sion being unanimous and permission to appeal not having
been granted.

*Lynn W. Thompson* for motion.

*Alexander Thain* opposed.

Motion granted and appeal dismissed, with costs and ten
dollars costs of motion.

---

FRANCIS M. SCALLON et al., Respondents, *v.* THE MANHATTAN
RAILWAY COMPANY et al., Appellants.

(Submitted October 1, 1906; decided October 9, 1906.)

Motion for re-argument denied, with ten dollars costs. (See
185 N. Y. 359.)